UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/30/2022
```

LORIE MEDINA, on behalf of herself and others
similarly situated,

                        Plaintiff,

            v.                                          22-CV-5449 (RA)

CAPODANNO PROPERTIES LLC,                                    ORDER
WATERFRONT CAFE INC., and JOHN TOTO,

                        Defendants.

RONNIE ABRAMS, United States District Judge:

        Plaintiff Lorie Medina initiated this action on June 28, 2022, alleging violations under the

Fair Labor Standards Act. Under Federal Rule of Civil Procedure 4(m), Plaintiff had until

September 26, 2022 to serve the summons and complaint on Defendants. As of September 30,

2022, no proof of service has been filed on the docket.

        If Plaintiff has not served Defendants by October 6, 2022, the Court may dismiss this action

for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff

may seek an extension of time to serve if Plaintiff has good cause to do so.

        SO ORDERED.

Dated:    September 30, 2022
          New York, New York

                                            _____
                                            Hon. Ronnie Abrams
                                            United States District Judge