LAW OFFICES OF MITCHELL S. SEGAL, P.C.

| | |
|---|---|
| 1129 NORTHERN BOULEVARD | <u>N.Y.C. Office</u> |
| SUITE 404 | 137 Fifth Avenue, 9th Floor |
| MANHASSET, NEW YORK 11030 | New York, N.Y. 10010 |
| Ph: (516) 415-0100 | Ph: (212) 388-9444 |
| Fx: (516) 706-6631 | |

Via ECF Filing  
Honorable Judge Ronnie Abrams                                November 21, 2022  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

      Re:  <u>Lorie Medina, on behalf of herself and others similarly situated in the proposed FLSA Collective Action v. Capodanno Properties LLC, Waterfront Cafe Inc., and John Toto.</u>  
          <u>Case No.:  1:22-cv-05449-RA</u>

Dear Judge Ronnie Abrams:

    I was recently engaged by the Defendants Capodanno Properties LLC, Waterfront Cafe Inc., and John Toto in the above entitled action and request an extension of time to December 21, 2022 in order to respond to the Plaintiffs' Complaint.  I have contacted the Plaintiffs' counsel and they have consented to this extension.  I respectfully request the Court to grant this extension of time.

    This is the first extension request in this matter.  I thank your honor for the time taken to review this request.

                                               Respectfully submitted,

                                               /s/ Mitchell Segal  
                                               _____  
                                               Mitchell Segal

Application granted.

SO ORDERED.

_____  
Hon. Ronnie Abrams  
11/22/2022