**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
Lorie Medina, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                                        *Plaintiff*,

      - against -

Capodanno Properties LLC, Waterfront Cafe Inc., and John Toto,

                                        *Defendants*.
---------------------------------------------------------------X

Case No.: 22-cv-05449

**FED.R.CIV.P. 68 JUDGMENT**

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Capodanno Properties LLC, Waterfront Cafe Inc., and John Toto (collectively, the "Defendants"), having offered to allow Plaintiff Lorie Medina ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Three Thousand and Five Hundred Dollars and Zero Cents ($3,500.00), inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

      ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $3,500.00 as against Defendants.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____March 23__, 2023
       New York, New York

SO ORDERED:

_____
Hon. Ronnie Abrams